# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WENDY BIETTCHERT,<br><br>               Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC., et al.,<br><br>               Defendants. | Case No. 2:11-cv-00010-JCM-PAL<br><br>**ORDER**<br><br>(Mtn to Withdraw - Dkt. #13) |

This matter is before the court on the Motion to Withdraw, which was filed incorrectly as Docket #13, and then correctly filed as Docket #14 on September 9, 2011. Robert D. Vannah and John B. Greene and Jason S. Cook seek to withdraw as counsel of record for Plaintiff Wendy Biettchert. The Motion represents communication has broken down to the point where counsel can no longer represent Plaintiff. Counsel for Defendant The Vons Companies, Inc. filed a Notice of Non-Opposition (Dkt. #15) on September 9, 2011. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." This case was removed to this court on January 4, 2011, a Discovery Plan and Scheduling Order has been entered (Dkt #11) which sets a January 11, 2012 discovery cutoff and there are no other pending motions.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw (Dkt. #13) is GRANTED.
2. Plaintiff shall have until **October 17, 2011,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that she will be proceeding *pro se*.

///

3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

4. The Clerk of Court shall serve a copy of this Order on Plaintiff at:

Wendy Biettchert
9522 W. Tropicana Avenue #2024
Las Vegas, NV 89147

Dated this 15th day of September, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE