Tamela L. Kahle
Nevada Bar No. 0558
**KAHLE & ASSOCIATES**
7660 West Sahara Avenue, Ste.110
Las Vegas, Nevada 89117
Telephone (702) 453-2200
Facsimile (702) 453-2201

Attorneys for Defendant
The Vons Companies, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| WENDY BIETTCHERT,<br><br>                   Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC., ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>                   Defendant. | CASE NO.: 2:11-cv-00010-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-captioned action be dismissed with

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

prejudice, each party to bear its own costs.

Dated this 5th day of March, 2013.          Dated this 5th day of March, 2013.

BEASLEY LAW GROUP, P.C.                    KAHLE & ASSOCIATES

By: _____                By: _____
Matthew Beasley, Esq.                      Tamela L. Kahle
Nevada Bar No. 9756                        Nevada Bar No. 0558
3090 S. Durango Dr., Ste. 200              7660 W. Sahara Ave., Ste. 110
Las Vegas, Nevada 89117                    Las Vegas, Nevada 89117
Attorney for Plaintiff                     Attorneys for Defendant
Wendy Biettchert                           The Vons Companies, Inc.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 13, 2013

Submitted by:

KAHLE & ASSOCIATES

By: _____
Tamela L. Kahle
Nevada Bar No. 0558
7660 W. Sahara Ave., Ste. 110
Las Vegas, Nevada 89117
Attorneys for Defendant
The Vons Companies, Inc.